UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                 Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC.,<br><br>                 Defendant. | Case No.: 14-cv-2617-L-JLB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO STAY ACTION** |

On February 17, 2016, the Court granted Plaintiff's motion to stay proceedings. ("Stay Order," doc. no. 34). This action was stayed while related cases were pending before the United States Court of Appeals for the Ninth Circuit. The Stay Order required the parties to file a joint status report addressing good cause for the stay to continue. The status report was due no later than seven (7) calendar days after the mandate issued by the Ninth Circuit Court of Appeals in any one of the five cases -- *Karczewski v. K Motors, Inc.,* case no. 15-55588; *Karczewski v. DCH Mission Valley LLC,* case no. 15-55633; *Schutza v. Courtesy Chevrolet Center,* case no. 15-55631; *Schutza v. FRN of San Diego,* case no. 15-55704; or *Karczewski v. Conant Auto Retail, San Diego, Inc.,* case no. 15-55893, but no later than one (1) year from the date the Stay Order was signed.

1

14-cv-2617-L-JLB

Upon timely filed status report showing good cause, the stay was extended on February 28, 2017 ("Second Stay Order," doc. no. 41). The Second Stay Order required he parties to file another joint status report no later than seven (7) calendar days after the mandate issued by the Ninth Circuit Court of Appeals in any one of the five cases, but no later than six (6) months from the date the order was signed. The Second Stay Order advised the parties that the stay would automatically terminate in the absence of a timely status report showing good cause for the stay to continue.

On August 1, 2017, mandate was issued in three of the cases -- *Karczewski v. K Motors, Inc., Schutza v. FRN of San Diego,* and *Karczewski v. Conant Auto Retail, San Diego, Inc.* In the absence of a timely status report, the stay was lifted on August 16, 2017. (*See* Order, doc. no. 42.)

On October 30, 2017, the parties filed a Joint Motion to Stay Action (doc. no. 44) seeking to reinstate the stay. They offer no reason for failing to comply with the Second Stay Order, but request to reinstate the stay because in two of the cases, *Karczewski v. DCH Mission Valley LLC,* and *Schutza v. Courtesy Chevrolet Center*, the Ninth Circuit Court of Appeals granted motions to stay the mandate pending petition for writ of certiorari to the United States Supreme Court. The stay issued by the Ninth Circuit is set to expire on November 15, 2017, unless a timely petition for certiorari is filed.

Accordingly, for good cause shown, it is **ORDERED** as follows:

1. The Joint Motion to Stay Action (doc. no. 44) is granted in part.

2. This action is stayed and all court dates are vacated through **November 20, 2017**.

3. No later than **November 20, 2017**, the parties shall file a joint status report either informing the Court that the stay should be lifted or showing good cause to continue the stay. The showing of good cause shall include a discussion of how the issues presented to the Supreme Court in *Karczewski v. DCH Mission Valley LLC,* and *Schutza v. Courtesy Chevrolet Center*, are relevant to the disposition of claims asserted herein.

4. Failure to timely comply with this order may result in sanctions pursuant to Civil Local Rule 83.1.

**IT IS SO ORDERED.**

Dated: October 31, 2017

_____
Hon. M. James Lorenz
United States District Judge